# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2543

_____

United States of America,              *
                                        *
              Appellee,        *    Appeal from the United States
                                        *    District Court for the District
     v.                               *    of Nebraska.
                                        *
David R. Boettger,             *           [UNPUBLISHED]
                                        *
             Appellant.       *

_____

Submitted:   November 5, 2003

Filed:   November 6, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

       David R. Boettger appeals the district court's[*] ruling on the government's Federal Rule of Criminal Procedure 35(b) motion to depart for substantial assistance. Boettger's counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the district court should have departed further. We have no jurisdiction to review the extent of the district court's departure, <u>see</u> <u>United States v. Coppedge</u>, 135 F.3d 598, 599 (8th Cir. 1998) (per curiam), and

_____

[*]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

based on our independent review under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

We thus dismiss this appeal, and grant defense counsel's motion to withdraw.

_____